**UNITED STATES BANKRUPCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | 09-13964 |
| **First Mesa Tankships, LLC**[1] | : | Section "B" |
| | : | Jointly Administered |
| **Debtors** | : | |

-------------------------------------------------------------------x

# ORDER AUTHORIZING SALE OF STEEL INVENTORY

Upon consideration of the *Motion for Order Pursuant to Section 363 Authorizing Sale of Steel Inventory Free and Clear of Liens, Claims, Interests and Encumbrances* ("Motion") [P-32] filed by First Mesa Tankships, LLC, Keet Steel Tankships, LLC and Dos Raven Tankships, LLC, as Debtors and Debtors-in-Possession, and the Court having heard the statements of counsel at a hearing before the Court on January 12, 2010 and after submitting this Order to all parties and all parties agreeing, and due notice of the Motion having been given and it appearing that no other or further notice need be given and after due deliberation and sufficient cause, this Court enters the following order:

1. The Debtors are authorized to sell steel inventory free and clear of liens, claims, interests and encumbrances on an ongoing basis until such time that the net proceeds of the sale total no more than $325,000.00; provided that the amount of steel inventory sold shall not exceed 1,800 short tons;

2. The proceeds from the sale of the steel inventory shall be placed in a segregated Debtor-in-Possession account and cannot be withdrawn absent

---

[1] Dos Raven Tankships, LLC (09-13966) and Keet Steel Tankships, LLC (09-13965) have moved for their bankruptcy cases to be jointly administered with First Mesa Tankships, LLC. On December 3, 2009, this Court entered an order [P-7] granting same.

further Order of Court or the written consent of Atlantic Marine Alabama, LLC ("AMA") and Shell Trading US Company ("STUSCO"), (AMA and STUSCO, the "Creditor Parties");

3. All rights possessed by or of any party, be it an ownership interest, a lien right or any other right, title or interest, shall attach to the sales proceeds placed in the account referenced in paragraph 1 hereof and the sale shall not be deemed a waiver of any right, title or interest possessed by any party;

4. Neither the Debtors' authority to sell the steel inventory granted hereunder, shall be deemed to be a waiver of any kind of any rights or claims or positions of any party and shall not be used as an admission or evidence of any kind in any subsequent contested matter or adversary proceeding or otherwise; and

5. The Debtors, with the written consent of the Creditor Parties, shall have the right to sell additional steel in a quantity agreed by the Creditor Parties.

New Orleans, Louisiana, January 22, 2010.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge