# UNITED STATES BANKRUPCY COURT

## EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------------x
In re                                    :  Chapter 11 Case No.
                                         :  09-13964
First Mesa Tankships, LLC[1]             :  Section "B"
                                         :  Jointly Administered
              Debtors                    :
-------------------------------------------------------------x
```

## ADDITIONS TO MAILING MATRIX

ABS Nautical Systems, LLC
ABS Plaza
16855 Northchase Drive
Houtson, TX 77060

ACL Industries, Inc.
179 Elm Street
Manchester, NH 03101

AHL Product Tankers, LLC
219 E. Houston Street, Suite 300
San Antonio, TX 78205

Airgas
1132 Macarthur Avenue
Harvey, LA 70058

Aker Marine/STX Europe
1880 Dairy Ashford
Houston, TX 77077

Alfa Laval, Inc.
5400 International Trade Dr.
Richmond, VA 23231

---

[1] Dos Raven Tankships, LLC (09-13966) and Keet Steel Tankships, LLC (09-13965) have moved for their bankruptcy cases to be jointly administered with First Mesa Tankships, LLC. On December 3, 2009, this Court entered an order [P-7] granting same.

Ardent Services
615 Hill Street
Jefferson, LA 70121

Aries Marine and Industrial Sales
13405 Seymour Myers Blvd., Suite 20
Covington, LA 70433

Atlas Incinerators
P. O. Box 143
Masnedoeverj 73 DK-4760
Vordingborg, Denmark

Becker Marine Systems
Neulander Kamp 3 D-12079
Hamburg, Germany

Berard Transportation
P. O. Box 1070
Loreauville, LA 70552-1070

Binsfield Engineering Inc.
4571 W. MacFarlane
Maple City, MI 49664

Coastal States
P.O. Box 1293 221
Ford Industrial Road
Amelia, LA 70340

Conley
Dept. #216 P.O. Box 21228
Tulsa, OK 74121-1228

CS Controls Inc.
101 Dickson Road
Houma, LA 70363

DCL Mooring & Rigging
4400 North Galvez Street
New Orleans, LA 70117

Durfour LasKay & Strouse
3939 N. Causeway Blvd., Ste 300
Metairie, LA 70002

Framo - Frank Mohn AS
P. O. Box 98
Siatthaug N-5851
BERGEN, NORWAY

General & Marine Services
3015 Anton Street
Mobile, Al 36612

Generon
16250 Tomball Pkwy
Houston, TX 77086

Gulf Coast Air & Hydraulics
3415 Halls Miss Road
Mobile, AL 36693

Gulf Coast Power & Control, Inc.
64080 Hwy 1090
Pearl River, LA 70452

Hatapla Marine Equipment
Uetersener Maschinenefabrik
GmbH & Co. KG
Tomescher Weg 5-7 25436
Uetersen/Germany

Havard
5219 Main Street
Lucedale, MS  39452

International Paint, LLC
P. O. Box 4806
Houston, TX  77210-4806

L3 Communications
759 Hill Street
New Orleans, LA  70121

Lufkin Industries, Inc.
PO Box 201331
Houston, TX 77213-1331

Manly Marine  
P O Box 86788  
North Vancouver  
British Columbia, Canada  

Martek Marine  
Adwick Park  
Manvers Rotherham S.  
Yorks, United Kingdom  

Metals USA  
P. O. Box 532533  
Atlanta, GA  30353-2533  

MMC International  
60 INIP  Drive  
Inwood, NY 11096  

SPI/Mobile Pully Works  
905 South Ann St.  
Mobile, AL  36605  

Norsafe AS  
P.O. Box 115 N-4852  
Faervik Norway  

Oliver H Van Horn Co., LLC  
P.O. Box 50427  
New Orleans, LA  70150  

S-Man AB  
Stalverksgatan 2 SE-41717  
Goteborg, Sweden  

Schoellhorn-Albrecht  
1141 Reco Avenue  
St. Louis, MO  63126  

System Components  
P. O. Box 67000  
Detroit, MI  48267-1569  

Tube-Mac Industries, Inc.  
5201 Orchard Road  
Pascagoula, MS  39568

U.S. Coatings, Inc.
P.O. Box 1019
Satsuma, AL  36572

Vee Enterprises
1905 Jasmine, Suite G-1
Pasadena, TX  77503

VT Halter
P.O. Box 1328
Pascagoula, MS  39568

WARTSILA North America Inc.
Ship Power
16330 Air Center Blvd.
Houston, TX  77032

WB Arnold
27 Newark Pompton Turnpike
Riverdale, NJ  07457

WilHelsen Ship Service
9400 New Century Dr.
Pasadena, TX  77507

Williams Machine Works
P. O. Box 8640
Moss Point, MS 39562-8640

Wilmington Trust Company,
As Collateral Trustee for
Shell Trading (US) Company
P. O. Box 8955
Wilmington, DE  19899-8955

Wilson Walton
3349 Route 138 Bldg. B, Suite B
Wall, NJ  07719

## DELETIONS TO MAILING MATRIX

Becker Marine Systems
GmbH & Co. KG Neulander Kamp
3 D-12079 Hamburg, Germany
Amtsgericht Hamburg HRA 94936

Havard
5219 MAIN STREET
St Rose, LA  70087

VT Halter
900 Bayor Casotte Pkwy
Pascagoula, MS  39581-9602

Wartsila
P.O. Box 65150
BB Drumen LIPPS St.
5251 Drumen


**New Orleans, Louisiana**, this 28th day of January, 2010.


_____/s/  Douglas S. Draper_____
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Tristan Manthey, La. Bar No. 24539
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300/Fax: (504) 299-3399
**Counsel for First Mesa Tankships, LLC;
Keet Seel Tankships, LLC; and
Dos Raven Tankships, LLC**