**Exhibit K to Atlantic Marine Contract**

**Items Furnished by Purchaser**

| Description | Quantity | Location (module) | Location (space) | Hull 1 Required on site (days after effective date) | Hull 2 Required on site (days after effective date) | Hull 3 Required on site (days after effective date) |
|---|---|---|---|---|---|---|
| Bosun's Store Outfit | A/R | hull | Hull | 611 | 794 | 961 |
| 480V Power Panel | 3 | Hull | Engine Room | 489 | 672 | 839 |
| Anchor | 2 | Hull | Hull | 611 | 794 | 961 |
| Anchor Chain | 2 lots | Hull | Hull | 611 | 794 | 961 |
| Anchor Joining Links & Shacles | A/R | Hull | Hull | 611 | 794 | 961 |
| Anchor Windlass/Mooring Winch | 2 | Hull | Hull | 600 | 783 | 950 |
| Ballast Pump Suction Strainer | 2 | Hull | Hull | 348 | 531 | 698 |
| Ballast Pumps | 2 | Hull | Hull | 348 | 531 | 698 |
| Ballast Tank & Pump Room Gas Detection System | A/R | Hull | Hull | 531 | 714 | 881 |
| Ballast Tank Gauging System [Cargo Block] | 13 | Hull | Hull | 531 | 714 | 881 |
| Ballast Tank Gauging System [Engine Room] | 5 | Hull | Hull | 531 | 714 | 881 |
| Cargo & Slop Pumps | 15 | Hull | Hull | 607 | 790 | 957 |
| Cargo & Slop Tank & Header High Velocity PV Valves | 2 | Hull | Hull | 607 | 790 | 957 |
| Cargo & Slop Tank Cleaning Machines | 31 | Hull | Hull | 607 | 790 | 957 |
| Cargo & Slop Tank Gauging System, Radar units | 15 | Hull | Hull | 607 | 790 | 957 |
| Cargo & Slop Tank Gauging System, Radar, High level, Press | 2 | Hull | Hull | 607 | 790 | 957 |
| Cargo & Slop Tank High/High level alarm sensors | 15 | Hull | Hull | 607 | 790 | 957 |
| Cargo & Slop Tank Temperature Probes | 15 | Hull | Hull | 607 | 790 | 957 |
| Cargo Hose Handling Crane | 1 | Hull | Hull | 600 | 783 | 950 |
| Cargo, Slop, Tank Cleaning, & Ballast Valves - 2" and Over | A/R | Hull | Hull | 531 | 714 | 881 |
| Cathodic Protection Aft Anodes | 2 | Hull | Hull | 384 | 567 | 734 |
| Cathodic Protection Aft Power Supply | 1 | Hull | Hull | 489 | 672 | 839 |
| Cathodic Protection Fwd Anodes | 2 | Hull | Hull | 384 | 567 | 734 |
| Cathodic Protection Fwd Power Supply | 1 | Hull | Hull | 384 | 567 | 734 |
| CCTV Cameras | 2 | Hull | Fwd Mast | 596 | 779 | 946 |
| Dial Telephone | A/R | Hull | | 489 | 672 | 839 |
| Dock Announcing & Talk Back Speakers | 3 | Hull | Hull | 596 | 779 | 946 |
| Doppler Speed Log Transducer | 1 | Hull | Hull | 596 | 779 | 946 |
| Double Drum Mooring Winches | 3 | Hull | Hull | 600 | 783 | 950 |
| Draft Gauging System Transducers | 4 | Hull | Hull | 596 | 779 | 946 |
| Echo Depth Sounder Transducer | 1 | Hull | Hull | 596 | 779 | 946 |
| Embarkation Ladder (boat & Raft) | 2 | Hull | Hull | 596 | 779 | 946 |
| Emergency Cargo Pump & Davit | 1 | Hull | Hull | 596 | 779 | 946 |
| Emergency Fire Pump | 1 | Hull | Ballast Pump Room | 348 | 531 | 698 |
| Emergency Fire Pump Suction Strainer | 1 | Hull | Ballast Pump Room | 348 | 531 | 698 |
| Engine Room I/O Box | A/R | Hull | Hull | 531 | 714 | 881 |
| Fuels and Lubes | A/R | Hull | Hull | 736 | 919 | 1086 |
| Lube Oil Cooler/filter module | 3 | Hull | Stern | 531 | 714 | 881 |
| Mooring Ropes | A/R | Hull | Hull | 720 | 903 | 1070 |
| Propeller | 2 | Hull | Hull | 570 | 753 | 920 |
| Propulsion Tail Shafting and Couplings | 2 | Hull | Hull | 531 | 714 | 881 |
| Smoke Detectors | A/R | Hull | Engine Room | 603 | 786 | 953 |
| Sound Powered Telephones | 2 | Hull | Steering Gear & Bow | 603 | 786 | 953 |
| Steering Gear | 2 | Hull | Steering Gear Rm | 498 | 681 | 848 |
| Stores & Spare Parts Knuckle boom crane, 5 ton | 1 | Hull | Main Deck | 596 | 779 | 946 |

**Exhibit K to Atlantic Marine Contract**

**Items Furnished by Purchaser**

| Description | Quantity | Location (module) | Location (space) | Hull 1 Required on site (days after effective date) | Hull 2 Required on site (days after effective date) | Hull 3 Required on site (days after effective date) |
|---|---|---|---|---|---|---|
| Water Spray (water mist) FF System | 1 | Hull | Hull | 489 | 672 | 839 |
| Portable fire fighting/life saving | AR | Hull | | 646 | 829 | 996 |
| SOLAS Labels | AR | hull | | 646 | 829 | 996 |
| Steel Plate and structure other than Bulbs (by truck) | AR | hull | | at module work pack due date | at module work pack due date | at module work pack due date |
| Bulb shapes (by ship or barge) | AR | hull | | at module work pack due date | at module work pack due date | at module work pack due date |
| Bosun's Store/rope locker Davit | 1 | Hull | Hull | 596 | 779 | 946 |
| Chain Stoppers - Devil's Claw | 2 | Hull | Hull | 491 | 674 | 841 |
| Chain Stoppers - Roller Type | 2 | Hull | Hull | 491 | 674 | 841 |
| Emergency Towing Arrangement Fwd | 1 | Hull | Forecastle | 491 | 674 | 841 |
| Emergency Towing Brackets - Fwd & Aft | 2 | Hull | Main Deck/Forecastle | 491 | 674 | 841 |
| Floodlights | A/R | Hull | Foremast | 596 | 779 | 946 |
| Foremast Electric Whistle | 1 | Hull | Foremast | 596 | 779 | 946 |
| Pilot Ladders | 2 | Hull | Hull | 596 | 779 | 946 |
| Storeroom Outfit - Engineer's & Electricans | A/R | Hull | Hull | 491 | 674 | 841 |
| Workshop Trolley Hoists | A/R | hull | Hull | 491 | 674 | 841 |
| Workshop Equipment - Engineer's & Electricans | A/R | Hull | Hull | 489 | 672 | 839 |
| Main Diesel Generators | 3 | Power Module | Power Module | 519 | 702 | 869 |
| Emergency Towing System Aft | 1 | Hull | Main Deck | 489 | 672 | 839 |
| Thermal fluid de-aerating pipe | per dwg | Hull | Hull | 485 | 668 | 835 |
| Thermal fluid de-aerator | per dwg | Hull | Hull | 485 | 668 | 835 |
| Thermal fluid temperature blocking pipe | per dwg | Hull | Hull | 485 | 668 | 835 |
| Fire Wire Reel - Fwd & Aft | 2 | Hull | Hull | 491 | 674 | 841 |
| Inflatable Life Rafts | 3 | Hull | Main Deck | 596 | 779 | 946 |
| Lifeboat & Davit | 1 | Hull | Main Deck | 596 | 779 | 946 |
| Rescue Boat & Davit | 1 | Hull | Main Deck | 596 | 779 | 946 |
| Thermal Oil Circulating Pump Skid (oil fired) | per dwg | Hull | Hull | 485 | 668 | 835 |
| Thermal Oil Circulating Pump Skid (waste heat) | per dwg | Hull | Hull | 485 | 668 | 835 |
| Thermal Oil Drain Pump | per dwg | Hull | Hull | 485 | 668 | 835 |
| Thermal Oil Fill Pump | per dwg | Hull | Hull | 485 | 668 | 835 |
| Thermal Oil Heater Skid | per dwg | Hull | Hull | 485 | 668 | 835 |
| Motor starters (steering gear power packs) | 2 | Hull | Steering Gear | 531 | 714 | 881 |
| Rudder | 2 | Hull | Hull | 498 | 681 | 848 |
| Rudder Module with Rudder Horn | 2 | Hull | Hull | 498 | 681 | 848 |
| Steering Gear Power Pack Skid | 1 | Hull | Steering Gear Rm | 531 | 714 | 881 |
| Stern Tube Bearing | 2 | Hull | Hull | 540 | 723 | 890 |
| Stern Tube Inner Seal Assembly | 2 | Hull | Hull | 540 | 723 | 890 |
| Stern Tube Outer Seal Assemby | 2 | Hull | Hull | 540 | 723 | 890 |
| Strut Bearing | 2 | Hull | Hull | 426 | 609 | 776 |
| Strut Casting | 2 | Hull | Hull | 426 | 609 | 776 |
| Tiller Assembly | 2 | Hull | Steering Gear Rm | 531 | 714 | 881 |
| Power Module | 1 | Hull | | 512 | 695 | 862 |
| Main Deck Sections 3, 4, 5 | 3 | Hull | | 410 | 593 | 760 |
| Main Deck Sections 1, 2, 6 | 3 | Hull | | 496 | 679 | 846 |