# EXHIBIT "A" TO JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR FIRST MESA TANKSHIPS, LLC, KEET SEEL TANKSHIPS, LLC AND DOS RAVEN TANKSHIPS, LLC DATED AS OF MAY 7, 2010

# EXHIBIT "A"

# RETAINED CAUSES OF ACTION[1]

1. **Retained Claims and Causes of Action**

Except as otherwise specifically provided in the Plan or the Settlement Agreement, the Reorganized Debtors shall retain and may assert after the Effective Date all Retained Causes of Action. As defined in the Plan, Retained Causes of Action shall mean any and all claims, Causes of Action, demands, defenses, suits, judgments, choses in action, and all other rights and remedies (legal or equitable) of the Debtors and the Estates, for or on behalf of creditors and/or the Debtors and/or the Estates, including but not limited to any and all claims and/or Causes of Action by the Estates and/or the Debtors, against any and all creditors, governmental units, or other persons, of every kind or nature, whether known or unknown, suspected or unsuspected, liquidated or unliquidated, matured or unmatured, whether arising before, on or after the Petition Date, in contract or in tort, at law or in equity, and whether or not brought as of the Effective Date, including but not limited to those for (i) damages, (ii) the recovery of monies, (iii) lien avoidance, subordination, surcharge, recharacterization, setoff, counterclaim, contribution or recoupment, (iv) tax refunds, (v) claims and defenses such as fraud, mistake, duress and usury, (vi) claims on contracts or for breaches of duties imposed by law, (vii) injunctive, equitable or other relief, (viii) claims and Causes of Action that may be asserted derivatively on behalf of the Debtors, the Estates, or the Reorganized Debtors, (ix) claims and Causes of Action pursuant to section 362 of the Bankruptcy Code, and (x) all Unreleased Avoidance Actions, provided however that Retained Causes of Action shall not include any claims or Causes of Action released under the Settlement Agreement. Claims shall have the meaning set forth in section 101(5) of the Bankruptcy Code.

Due to the size and scope of the Debtors' business operations and the multitude of business transactions therein, there may be numerous other Claims and Causes of Action that currently exist or may subsequently arise, in addition to the Claims and Causes of Action identified below. The Debtors are also continuing to investigate and assess which Claims and Causes of Action may be pursued. The Reorganized Debtors do not intend, and it should not be assumed that because any existing or potential Claims or Causes of Action have not yet been pursued by the Debtors or do not fall within the list below, that any such Claims or Causes or Action have been waived. Under the Plan, the Reorganized Debtors retain all rights to pursue any and all Claims and Retained Causes of Action to the extent the Reorganized Debtors deem appropriate (under any theory of law or equity, including, without limitation, the Bankruptcy Code and any applicable local, state, or federal law, in any court or other tribunal, including, without limitation, in any adversary proceedings filed in the Chapter 11 Cases) except as otherwise specifically provided in the Plan or the Settlement Agreement. The Debtors' Retained Causes of Action, include, without limitation:

- Causes of Action;

---

[1] Unless the context requires otherwise, capitalized terms used in this Exhibit " Retained Causes of Action " shall have the same meanings as set forth in the Joint Plan of Reorganzation For First Mesa Tankships, LLC, Keet Seel Tanships, LLC, and Dos Ravens Tankships, LLC Dated as of May [ ],2010.

{00303379-3}

- Unreleased Avoidance Actions

- Objections to Claims and Interests under the Plan;

By way of illustration, the Retained Causes of Action include:

- possible Causes of Action against vendors, customers or suppliers for warranty, indemnity, back charge, set-off issues, overpayment or duplicate payment issues and collections, accounts receivables matters;

- Except as set forth in the Settlement Agreement, possible claims and Causes of Action for any breaches or defaults arising from the failure of any persons or parties to fully perform under contracts with the Debtors before the assumption or rejection of the subject contracts;

- Except as set forth in the Settlement Agreement, possible claims and Causes of Action for deposits or other amounts owed by any Creditor, lessor, utility, supplier, vendor, factor or other person;

- Except as set forth in the Settlement Agreement, possible claims and Causes of Action for damages or other relief against any party arising out of environmental, asbestos and product liability matters;

- Claims and Causes of Action against insurers with respect to the Vessel Construction Project and related to or arising from an event occurring prior to the Petition Date, and/or claims of each Debtor for damages arising out of or for breach of default prior to the Petition Date under any contract related to the Vessel Construction Project to the extent such claims are not released in the Settlement Agreement;

- Any other claims or Causes of Action against insurance carriers relating to coverage, indemnity or other matters;

- Counterclaims and defenses relating to notes or other obligations;

- Possible claims or Causes of Action against local, state and federal taxing authorities (including, without limitation, any claims for refunds of overpayments);

- Contract, tort, or equitable claims which may exist or subsequently arise;

- Any claims of the Debtors arising under Section 362 of the Bankruptcy Code; and

- Equitable subordination claims arising under Section 510 of the Bankruptcy Code or other applicable law.

{00303379-3}

### 2. Preservation of All Causes of Action Not Expressly Settled or Released

Unless a claim or Cause of Action against a Person is expressly waived, relinquished, released, compromised or settled in the Plan or the Settlement Agreement , the Debtors in Possession and Reorganized Debtors expressly reserve such claims or Causes of Action for later pursuit  by the Reorganized Debtors, and, therefore, no preclusion doctrine, including, without limitation, the doctrines of *res judicata*, collateral estoppel, issue preclusion, claim preclusion, waiver, estoppel (judicial, equitable or otherwise) or laches shall apply to such claims or Causes of Action upon or after the Confirmation Date or Effective Date of the Plan based on the Disclosure Statement, the Plan or the Confirmation Order.  In addition, the Reorganized Debtors expressly reserve the right to pursue or adopt any claims of the Debtors or the Debtors in Possession, as trustees for or on behalf of any creditors (and any defenses), not so specifically and expressly waived, relinquished, released, compromised or settled that are alleged in any lawsuit in which the Debtors are a defendant or an interested party, against any Person or Entity, including, without limitation, any  plaintiffs or codefendants or other parties in such lawsuits.

Any Person or Entity to whom the Debtors have incurred an obligation (whether on account of services, purchase or sale of goods, tort, breach of contract or otherwise), or who has received services from the Debtors or a transfer of money or property of the Debtors, or who has transacted business with the Debtors, or leased equipment or property from the Debtors should assume that such obligation, transfer, or transaction may be reviewed by the Reorganized Debtors subsequent to the Effective Date and may, to the extent not theretofore waived, relinquished, released, compromised or settled in the Plan or the Settlement Agreement , be the subject of an action or claim or demand after the Effective Date, whether or not (a) such Person or Entity has filed a proof of claim against the Debtors in the Chapter 11 Cases, (b) such Person's or Entity's proof of claim has been objected to, (c) such Person's or Entity's Claim was included in the Debtors' Schedules, or (d) such Person's or Entity's scheduled Claim has been objected to by the Debtors or has been identified by the Debtors as disputed, contingent, or unliquidated.